112844

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

OFFICE OF THE CLERK

U.S. COURTHOUSE
300 SOUTH 4TH STREET, SUITE 202
MINNEAPOLIS, MN 55415

RICHARD D. SLETTEN, CLERK
(612) 664-5000

Case Number: 01-1966RHK/RLE

PETITION FOR ADMISSION PRO HAC VICE

Affidavit of Movant

I, Michael R. Stewart, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Kenneth B. Stark, an attorney admitted to practice in the State of Ohio and various Federal courts, but not admitted to the bar of this court, who will be counsel for the defendant LTV Steel Mining Company, in the cause listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of these cases, and that I accept service of all papers served.

10/29/2001
(Date)

[signature]
(Signature)

Minnesota Attorney
License Number: 122397

Law Firm: Faegre & Benson, LLP
Suite/Bldg: 2200 Wells Fargo Center
Street Address: 90 South Seventh Street
City, State Zip: Minneapolis, MN 55402
Telephone: (612) 766-7000

Affidavit of Proposed Admittee

I, Kenneth B. Stark, am currently a member in good standing of the bar of the State of Ohio and the U.S. District Court for the Northern District of Ohio, but I am not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 01-1966RHK/RLE Judge Assigned: Richard H. Kyle
Case Title: United Steelworkers of America et al v. LTV Steel Mining Company etc.

10/29/2001
(Date)

Kenneth B. Stark
(Type/Print Name)

[signature]
(Signature)

Ohio # 0012769
(Atty. License No.)

1979
(Date of Admission)

Law Firm: Duvin Cahn & Hutton
Suite/Bldg: Suite 20
Street Address: 1301 East 9th Street
City, State Zip: Cleveland, Ohio
Telephone: 216-623-6137

Motion Granted; [signature]
For the Court, Richard D. Sletten, Clerk

OCT 30 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

FILED OCT 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK