UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * *

United Steelworkers of America, AFL-CIO-CLC, and United Steelworkers of America Local 4108,

Plaintiffs,

vs.

ORDER CONTINUING PRETRIAL CONFERENCE

LTV Steel Mining Company, a Minnesota limited partnership consisting of Younstown Erie Corporation, a Minnesota corporation, Erie B. Corporation, a Minnesota corporation, and Erie I Corporation, a Minnesota corporation,

Defendant.

Civ. No. 01-1966(RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 8th day of January, 2002.

* * *

By Order dated December 19, 2001, this matter was set for a Pretrial Conference for January 24, 2002. On October 30, 2001, an Order was issued by the Honorable Richard H. Kyle, wherein the Plaintiffs' Motion for a Temporary Restraining Order was denied and found that this case is stayed by the automatice stay provisions of the Bankruptcy Code, 11 U.S.C. §362.

THEREFORE, It is --

FILED JAN 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK mb

ORDERED:

That the Pretrial Conference set for January 24, 2002, is stricken from the Court's calendar until further Order of the Court.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE